1

**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
2 Tucson, Arizona 85718
Telephone: (520) 792-4800
3 Facsimile: (520)529-4262
jsaffer@rllaz.com
4 mdeweerdt@rllaz.com

5 Jonathan M. Saffer
State Bar No. 022004; PAN 65713
6 Matthew P. DeWeerdt
State Bar No. 039442; PAN 67604
7 *Attorneys for Plaintiff, Pedal Crawler Tours Tucson, LLC*

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF ARIZONA**

10 PEDAL CRAWLER TOURS
TUCSON, LLC,

NO. 2:25-CV-00841

11

**JOINT MEMORANDUM PURSUANT
12 TO THE COURT'S MARCH 14, 2025,
ORDER**

Plaintiff,

12

vs.
13

(Assigned to Hon. Dominic W. Lanza)

SCOTTSDALE PARTY BIKES, LLC;
14 SCOTTSDALE PARTY BUS
CRAWLER, LLC; and SCOTTSDALE
15 PINK PEDAL TOURS LLC,

16

Defendants.

17

18         Pursuant to the Court's order filed on March 14, 2025 ("Order"), Pedal Crawler Tours

19 Tucson, LLC ("Plaintiff") and Scottsdale Party Bikes, LLC, Scottsdale Party Bus Crawler,

20 LLC and Scottsdale Pink Pedal Tours LLC ("Defendants") hereby report as follows:

21         1.        Defendants through counsel contacted Plaintiff's counsel on March 14, 2025 in

22 response to the Order.  On March 17, 2025, counsel participated in a Zoom conference and

23

conferred regarding the Order and pending request for a temporary restraining order and preliminary injunction.

2. After conferring, the Parties agree that the matter is not urgent enough to warrant expedited consideration of a temporary restraining order and Plaintiff herein withdraws this request. Plaintiff requests that its application for preliminary injunction remain be held in abeyance by the court but remain pending.

3. The parties have agreed to spend thirty days attempting to resolve Plaintiff's application for preliminary injunction and/or attempting to reach a stipulation as to the briefing schedule, and procedure for limited discovery and evidence for a preliminary injunction hearing. The Parties request that the Court stay Defendants' response deadline for a period of no less than thirty days pending a further report.

WHEREFORE, the Parties jointly request that the Court order as follows:

A. Plaintiff's request for Temporary Restraining Order is deemed withdrawn;

B. Plaintiff's Application for Preliminary Injunction shall be held in abeyance for a period of no less than thirty (30) days. Defendants shall not be required to respond to the Application for Preliminary Injunction unless ordered to do so; and

C. Plaintiff and Defendants shall continue to confer in good faith on the briefing schedule, and procedure for limited discovery and evidence for a preliminary injunction hearing and shall submit a further report to the Court on or before April 16, 2025.

A proposed form of Order is submitted herewith.

DATED this March 17, 2025.

RUSING LOPEZ & LIZARDI, P.L.L.C.

*/s/ Matthew P. DeWeerdt*
Jonathan M. Saffer
Matthew P. DeWeerdt
*Attorneys for Plaintiff,*
*Pedal Crawler Tours Tucson, LLC*

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

**GINGRAS LAW OFFICE, PLLC**

*/s/ David S. Gringas (with permission)*
David S. Gingras
*Attorneys for Defendants, Scottsdale Party Bikes, LLC; Scottsdale Party Bus Crawler, LLC; and Scottsdale Pink Pedal Tours, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

Davis S. Gingras
Gingras Law Office, PLLC
4802 E. Ray Rd., #23-271
Phoenix, AZ 850044
Telephone:  480-264-1400
david@gingraslaw.com
*Attorneys for Defendants, Scottsdale Party Bikes, LLC; Scottsdale Party Bus Crawler, LLC; and Scottsdale Pink Pedal Tours, LLC*


By:    */s/ L. Batista*

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona  85718
Telephone: (520) 792-4800