1  **RUSING LOPEZ & LIZARDI, P.L.L.C.**
   6363 North Swan Road, Suite 151
2  Tucson, Arizona 85718
   Telephone: (520) 792-4800
3  Facsimile: (520)529-4262
   jsaffer@rllaz.com
4  mdeweerdt@rllaz.com

5  Jonathan M. Saffer
   State Bar No. 022004; PAN 65713
6  Matthew P. DeWeerdt
   State Bar No. 039442; PAN 67604
7  *Attorneys for Plaintiff, Pedal Crawler Tours Tucson, LLC*

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF ARIZONA**

| PEDAL CRAWLER TOURS TUCSON, LLC, | NO. 2:25-CV-00841 |
|---|---|
| Plaintiff, | **PROPOSED FORM OF ORDER APPROVING THE PARTIES' JOINT MEMORANDUM PURSUANT TO THE COURT'S MARCH 14, 2025, ORDER** |
| vs. | |
| SCOTTSDALE PARTY BIKES, LLC; SCOTTSDALE PARTY BUS CRAWLER, LLC; and SCOTTSDALE PINK PEDAL TOURS LLC, | (Assigned to Hon. Dominic W. Lanza) |
| Defendants. | |

Before the Court is the Parties' Joint Memorandum Pursuant to the Court's March 14, 2025 Order (Doc. 8). For good cause showing,

**IT IS ORDERED,** approving the Parties' Joint Memorandum (Doc. 8).

**IT IS FURTHER ORDERED,**

- Plaintiff's request for Temporary Restraining Order is deemed withdrawn;

- Plaintiff's Application for Preliminary Injunction shall be held in abeyance for a period of no less than thirty (30) days. Defendants shall not be required to respond to the Application for Preliminary Injunction unless ordered to do so; and
- Plaintiff and Defendants shall continue to confer in good faith on the briefing schedule, and procedure for limited discovery and evidence for a preliminary injunction hearing and shall submit a further report to the Court on or before April 16, 2025.

DATED this _____ of March, 2025.

_____
Honorable Dominic W. Lanza
United States District Judge