1 | **RUSING LOPEZ & LIZARDI, P.L.L.C.**
2 | 6363 North Swan Road, Suite 151
  | Tucson, Arizona 85718
  | Telephone: (520) 792-4800
3 | Facsimile: (520)529-4262
4 | jsaffer@rllaz.com
  | mdeweerdt@rllaz.com

5 | Jonathan M. Saffer
  | State Bar No. 022004
6 | Matthew P. DeWeerdt
  | State Bar No. 039442
7 | *Attorneys for Plaintiff, Pedal Crawler Tours Tucson, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Pedal Crawler Tours Tucson, LLC, | NO. 2:25-cv-00841-DWL |
| Plaintiff/Counterdefendant, | **JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE** |
| vs. | |
| Scottsdale Party Bikes, LLC; Scottsdale Party Bus Crawler, LLC; and Scottsdale Pink Pedal Tours, LLC, | (Assigned to Hon. Dominic W. Lanza) |
| Defendants/Counterclaimant(s). | |
| Scottsdale Party Bikes, LLC, | |
| Counterclaimant, | |
| v. | |
| Pedal Crawler Tours Tucson, LLC, | |
| Counterdefendant. | |

Plaintiff, Pedal Crawler Tours Tucson, LLC ("Plaintiff"), and Defendants, Scottsdale Party Bikes, LLC, Scottsdale Party Bus Crawler, LLC, and Scottsdale Pink Pedal Tours, LLC

1  ("Defendants"), hereby jointly notify the Court that the Parties have reached a settlement in
2  this case. The Parties are currently in the process of executing a settlement agreement, and
3  promptly thereafter, the Parties will file a Notice of Voluntary Dismissal with Prejudice and
4  corresponding Proposed Order. Accordingly, the Parties jointly move the Court to vacate its
5  deadlines for initial disclosures (Doc. 25) and Defendants' response to Plaintiff's application
6  for preliminary injunction (Doc. 24) currently set for May 30, 2025.

DATED this May 23, 2025.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Matthew P. DeWeerdt*
Jonathan M. Saffer
Matthew P. DeWeerdt
*Attorneys for Plaintiff, Pedal Crawler Tours Tucson, LLC*

**HUSCH BLACKWELL LLP**

*/s/ Sharif Ahmed (with permission)*
Sharif Ahmed
*Attorneys for Defendants, Scottsdale Party Bikes, LLC; Scottsdale Party Bus Crawler, LLC; and Scottsdale Pink Pedal Tours, LLC*

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

Sharif Ahmed
Husch Blackwell LLP
2415 E. Camelback Rd., Suite 500
Phoenix, AZ 85016
Sharif.ahmed@huschblackwell.com
*Attorneys for Defendants, Scottsdale Party Bikes, LLC; Scottsdale Party Bus Crawler, LLC; and Scottsdale Pink Pedal Tours, LLC*

By:  */s/ L. Batista*

63649003.1                              3